**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROSALYN HAMPTON,

        Plaintiff,

v.                                  Case No. 6:16-cv-2148-Orl-37TBS

TARGET CORPORATION,

        Defendant.

---

**ORDER**

This cause is before the Court on former Defendant[] Roxy Martin's[] Motion for Final Summary Judgment and Memorandum of Law (Doc. 6), filed December 14, 2016.

On June 3, 2016, Plaintiff initiated the instant personal injury action in state court based on allegations of a slip-and-fall accident at an Orlando Target store on June 17, 2015. (Doc. 3.) In doing so, Plaintiff asserted negligence claims against Target Corporation and Target employee Roxy Martin ("**Martin**"). (*Id.*) On November 3, 2016, Martin moved for summary judgment on the counts alleged against her. (Doc. 6 ("**MSJ**").) Plaintiff subsequently dropped Martin as a party to the suit. (Doc. 1-1, p. 1.)

Due to Martin's departure from the suit, complete diversity of citizenship now exists between the parties. (Doc. 1.) Consequently, Defendant removed the action to this Court on December 14, 2016. (*Id.*) Nonetheless, Martin's MSJ remains pending. (*See* Doc. 6.) As Martin is no longer a party to this action, the MSJ is due to be denied as moot.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that former Defendant[] Roxy Martin's[] Motion for Final Summary Judgment and Memorandum of Law (Doc. 6) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 21, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record